## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| YOLANDA BOLDEN | CIVIL ACTION NO. 18-00648 |
| VERSUS | JUDGE HICKS |
| CADDO PARISH COMMISSION | MAGISTRATE JUDGE HAYES |
| | JURY TRIAL DEMANDED |

### JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiff YOLANDA BOLDEN and Defendants CADDO PARISH COMMISSION AND PARISH OF CADDO, who move the court as follows:

1.

The parties have reached an amicable settlement of the above captioned matter and all claims have been resolved.

2.

The parties desire an order be entered dismissing the above captioned action with prejudice with each party bearing their own costs and attorneys fees.

WHEREFORE, YOLANDA BOLDEN and CADDO PARISH COMMISSION AND PARISH OF CADDO, pray for entry of an order dismissing the above captioned action with prejudice with each party bearing their own costs and attorney's fees.

Respectfully submitted,

**DOWNER, JONES, MARINO & WILHITE, L.L.C.**

By: _____
Pamela R. Jones, Bar Roll No. 19640

401 Market Street, Suite 1250
Shreveport, Louisiana 71101
Telephone: (318) 213-4444
Facsimile: (318) 213-4445
Email: pjones@dhw-law.com

ATTORNEYS FOR PLAINTIFF YOLANDA BOLDEN

*OFFICE OF THE PARISH ATTORNEY*
*PARISH OF CADDO*

By: _____
Henry M. Bernstein, Bar Roll No. 03011

505 Travis Street, Suite 810
Shreveport, Louisiana 71101
Telephone: (318) 226-6947
Facsimile: (318) 226-6974
Email: hbernstein@caddo.org

ATTORNEYS FOR DEFENDANTS, PARISH OF CADDO AND CADDO PARISH COMMISSION